UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**Cristal Hernandez**
    **Plaintiff,**

             **CASE NO. 13-cv-366-RTR**

**v.**

**La Fuente Ltd. et al.**
    **Defendants.**

## ORDER TO STAY DEADLINES PENDING
## COURT APPROVAL OF SETTLEMENT AGREEMENT

Pursuant to the Parties' Joint Stipulation, IT IS HEREBY ORDERED:

1. The existing Scheduling Order shall be stayed pending the Court's review of and Order on the Parties' Joint Motion for Preliminary Approval of Settlement.

2. Defendants' deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint is stayed. Should the Court deny the Parties' Joint Motion for Preliminary Approval of Settlement, Defendants shall answer or otherwise respond to Plaintiff's Second Amended Complaint within 21 days of the Court's order on the Parties' Joint Motion for Preliminary Approval of Settlement.

3. The Parties will file with the Court:

  a. Their Joint Motion for Preliminary Approval of Settlement by July 1, 2014;

  b. Their Stipulation to Class Certification by July 1, 2014;

c. Plaintiff's Motion for Attorneys' Fees and Costs 14 days before the fairness hearing;

d. Their Joint Motion for Final Approval of Settlement Agreement seven days before the fairness hearing.

Dated this 13th day of June, 2014.

BY THE COURT:

_____
Hon. Rudolph T. Randa
U.S. District Judge