# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRISTAL HERNANDEZ,**

    Plaintiff,

-vs-                                                          **Case No. 13-C-366**

**LA FUENTE Ltd., et al.,**

    Defendants.

## FINAL ORDER APPROVING SETTLEMENT

Pursuant to a Class Action Fairness Hearing conducted on October 15, 2014, the Court makes the following findings:

1. The Settlement Class is certified pursuant to Fed. R. Civ. P. 23;

2. The Settlement Agreement is approved by the Court as fair and reasonable;

3. Cristal Hernandez is appointed as Class Representative;

4. Hawks Quindel, S.C. is appointed as Class Counsel;

5. The Settlement Agreement is binding on La Fuente, Hernandez, the Opt-In Plaintiffs, as well as all of the Class Members who have not been excluded;

6. The released claims are dismissed with prejudice;

7. The claims of Class Members who have properly and timely excluded themselves in full accordance with the procedures set forth in the Settlement Agreement are dismissed without prejudice;

8. La Fuente is discharged from all released claims;

9. An engagement payment of $5,000 to Hernandez, and $1,000 to each Class Member deposed by La Fuente (Zamir Cervantes, Carmen Arenas, and Sandra Nunez) is approved;

10. Class Counsel's petition for attorney's fees of 33.33% of the settlement fund, plus costs in the total amount of $95,948.84 is approved;

11. The settlement amounts to be paid to the Class Members, as listed in the Settlement Allocation (ECF No. 84-2), is approved; and

12. This matter is dismissed with prejudice and without further costs to either party outside of those provided in the Settlement Agreement.

Dated at Milwaukee, Wisconsin, this 15th day of October, 2014.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**